**Order entered September 14, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-01088-CV

### VIVIAN O. TAYLOR, Appellant

### V.

### CHARLES E. TAYLOR, Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-21619**

### ORDER

Before the Court is appellant's September 13, 2021 third motion for an extension of time to file her brief on the merits.[1]  We **GRANT** the motion and extend the time to **September 20, 2021**.  We caution appellant that failure to file her brief by September 20, 2021 may result in dismissal of the appeal for want of prosecution without further notice.  *See* TEX. R. APP. P. 38.8(a)(1).

/s/    KEN MOLBERG
        JUSTICE

---

[1] In her motion, appellant states that she is still waiting on the reporter's record from the "final hearing that I was excluded from."  The reporter's record from the bench trial has been filed.  Should appellant seek an additional reporter's record, she should file a motion to supplement the reporter's record.